

**FILED**
6/30/2026  MAM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:26-cr-00354 |
| | Judge Mary M. Rowland |
| v. | Case No. Magistrate Judge Albert Berry, III |
| | RANDOM / Cat. 5 |
| ISAC ZETINA-JUAREZ, | Violation: Title 8, United States Code, |
| also known as "Isaac Zetina-Juarez," and "Francis Paredes" | Sections 1326(a) |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about February 3, 2026, at Cook County, in the Northern District of Illinois, Eastern Division,

ISAC ZETINA-JUAREZ,
also known as "Isaac Zetina-Juarez" and "Francis Paredes,"

defendant herein, an alien who previously had been deported and removed from the United States on or about June 20, 2011, June 27, 2014, September 26, 2019, January 7, 2020, and March 20, 2024, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON

_____
ANDREW S. BOUTROS
United States Attorney
Northern District of Illinois